IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


GARY MOORE                                                      PLAINTIFF


VS.                                          CIVIL ACTION NO. 2:18-cv-198-KS-MTP


COMMUNITY BANK                                                  DEFENDANT


ORDER

    This cause came on this date to be heard upon the Report and Recommendation of the

United States Magistrate Judge entered herein on May 31, 2019, after referral of hearing by this

Court, no objections having been filed as to the Report and Recommendation, and the Court,

having fully reviewed the same as well as the record in this matter, and being duly advised in the

premises, finds that said Report and Recommendation should be adopted as the opinion of this

Court.

    IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same

hereby is, adopted as the finding of this Court, and the Complaint is hereby dismissed without

prejudice. A separate judgment will be entered herein in accordance with this Order as required

by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the __28th__ day of August, 2019.



    ____s/Keith Starrett_____
    UNITED STATES DISTRICT JUDGE